People ex rel. Sullivan v Molina (2023 NY Slip Op 00049)

People ex rel. Sullivan v Molina

2023 NY Slip Op 00049

Decided on January 6, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 6, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2022-10545

[*1]The People of the State of New York, ex rel. Garnett H. Sullivan, on behalf of Carl Kelly, petitioner,
v
Louis A. Molina, etc., respondent.

Garnett H. Sullivan, South Hempstead, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, William Branigan, and Rebecca Nealon of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Carl Kelly upon his own recognizance or to set reasonable bail pursuant to CPL 30.30(2)(a) upon Queens County Indictment No. 438/2021.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
DUFFY, J.P., GENOVESI, DOWLING and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court